UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Travis Widner, | Court File No. 20-1760 (JRT/BRT) |
| Plaintiff, | |
| v. | |
| Fleet Farm Group LLC d/b/a Fleet Farm Gas Mart and Mills Properties, Inc., | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FLEET FARM GROUP LLC** |
| Defendants. | |

The undersigned counsel of record for Defendant Fleet Farm Group LLC, provides the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Fleet Farm Group LLC is a limited liability company organized under the laws of the State of Delaware, which is indirectly owned by one or more subsidiaries of KKR & Co., Inc. (NYSE:KKR).

Dated: September 16, 2020

/s/ Jacalyn N. Chinander
Bradley J. Lindeman (#0298116)
Jacalyn N. Chinander (#0388266)
Meagher + Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402
Telephone:   (612) 338-0661
Facsimile:    (612) 338-8384
Email:   blindeman@megaher.com
         jchinander@meagher.com

***Attorneys for Defendants Fleet Farm Group LLC d/b/a Mills Fleet Farm and Mills Properties, Inc.***

13688748.1