UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

TRAVIS WIDNER,

          Plaintiff,

v.

FLEET FARM GROUP LLC,

          Defendant.

Civil No: 20-1760 (JRT/BRT)

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

Chad Throndset, Patrick Michenfelder, **THRONDSET MICHENFELDER, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, for plaintiff.

Bradley J Lindeman, Jacalyn Chinander, **MEAGHER & GEER, PLLP,** 33 South 6th Street, Suite 4400, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 9, 2021  
at Minneapolis, Minnesota

                                                  s/John R. Tunheim  
                                                  JOHN R. TUNHEIM  
                                                       Chief Judge  
                                      United States District Court