# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Travis Widner, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-1760 JRT/BRT |
| Fleet Farm Group LLC, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Date: 3/10/2021                                                                     KATE M. FOGARTY, CLERK